WEED, Appellant, v. DICKEY et al., Respondents. (Supreme Court, Appellate Division, First Department. June 26, 1914.) Action by Arthur Weed, as executor, etc., against William D. Dickey and others, as commissioners, etc. B. E. V. McCarty, of New York City, for appellant. C. J. Nehrbas, of New

York City, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.